# Executive Grant of Clemency

**AFTER CONSIDERING** the applications for executive clemency of the following named persons and a letter from the Department of Justice recommending executive clemency in each case, I hereby grant full and unconditional pardons to the following named persons for those offenses against the United States described in each such recommendation:

JAMES ROBERT ADELMAN

JOHN CLYDE ANDERSON

ZACHARY JAMES RAY ANDERSON

OCTAVIO JOAQUIN ARMENTEROS,
  AKA OCTAVIO JOAQUIN
  ARMENTEROS-IGLESIAS

STEPHEN LEE ARRINGTON

JOHN R. BARKER,
  AKA JOHNNIE RAY BARKER

YOLANDA DEANN BECK

LISA ANN BELL,
  FKA LISA ANN LINK

HERBERT EUGENE BENNETT

CARRIE ANN BURRIS

MITCHELL RAY CAMPBELL

ROBERT JAY CARLTON

EDWARD CASAS

KURT DAVID CHRISTENSEN

JAMES GORDON CHRISTMAS III

KIM KATHLEEN DRAKE,
  FKA KIM HAHN
  AND KIM OTTO

EUPHEMIA LAVONTE DUNCAN,
  AKA EUPHEMIA DUNCAN-STRINGER

GERMEEN DUPLESSIS,
  FKA GERMEEN MICHAEL HASSON

DEANNE NICHOLE DWIGHT,
  FKA DEANNE NICHOLE BELL

OLADIPO OLUWADARE EDDO

TREVOR CHINWEUBA EKEH,
  FKA CHINWEUBA TREVOR EKEH

ANDREW DALE ELLIFSON

CLAUDE NATHALIE EYAMBA FENNO,
  FKA CLAUDE-NATHALIE EBEHEDI
  EYAMBA

MARVIN GLYN FERRELL, JR.

SHEREE LYNN FOX

ARTHUR MARTIN GILREATH,
  AKA ARTHUR MARTIN GILBREATH

RONALD EARL GREEN

BILLY LYNN GREENE

PETER DWIGHT HEIDGERD

FRED ELLESTON HICKS

CHARLES D. HINTON

ROBERT KEVIN HOBBS,
  AKA KEVIN HOBBS

LEANTON SHELDON HOPEWELL, SR.

JOSEPH WILLIAM HOPKINS

| | |
|---|---|
| MICHELLE BREAZEALE HORTON, | MARY FRANCES PEREZ, |
| FKA MICHELLE DIANE MULKEY | FKA MARY F. PENA |
| AND MICHELLE DIANE BREAZEALE | JIMMY WAYNE PHARR |
| MARK EUGENE IVEY | JIMMY ALTON PIERCE |
| LISA ANN JANDRO, | CYNTHIA ANN RAFFENSPARGER, |
| AKA JOLINE MARIE HERMAN | FKA CYNTHIA ANN GRANGE HANSEN |
| ANNIS PAGE KILDAY-DOUTHAT, | CORINDA RUSHELLE SALVI |
| FKA PAGE KILDAY TINO | IAN SCHRAGER |
| BRIAN SEIJI KITO | DIANA SIMMONS, |
| MATTHEW STEEVES LAMB, | FKA DIANA BINGAMAN |
| AKA MATTHEW STEVES LAMB | AND DIANA LOPEZ |
| TAQUILLA MONYETTA LOVE | JENNIFER LYNN SMITH, |
| DARRYL PERNELL LOVELESS | FKA JENNIFER HANSCOM |
| RANDY WAYNE MAXWELL | KEVIN SHAROD SMITH |
| JACK DONALD MCALISTER | DANNY RAY SOFTLEY, |
| PATRICIA MARIE MCNICHOL | AKA DAN R. SOFTLEY |
| MICHELE MELLOR, | BRIAN KEITH SOLUM |
| FKA MICHELE KOTANSKY | MICHAEL ANTHONY TEDESCO |
| MIRIAM ORTEGA | CRYSTAL JO VARNER, |
| ROGER BUREL PATTERSON | FKA CRYSTAL WOODARD |
| | THOMAS ERIC WAHLSTROM |

    **I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to sign each grant of clemency to the persons named herein. The Pardon Attorney shall declare that his action is the act of the President, being performed at my direction.

    **IN TESTIMONY WHEREOF**, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Seventeenth day of January in the year of our Lord Two thousand and seventeen and of the Independence of the United States the two hundred and forty-first.*



**BARACK OBAMA**
**President**